The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW FREE,

                        Plaintiff,

            v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                        Defendant.

Case No. 3:26-cv-05554-DGE

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendant United States Immigration and Customs Enforcement without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enter an appearance by and through the undersigned attorney of record. You are advised that service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon said Defendant by serving the undersigned attorney at the address stated below.

//

//

NOTICE OF APPEARANCE
[Case No. 3:26-cv-05554-DGE] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Ste. 5220
Seattle, WA 98101
(206) 553-7970

DATED this 23rd day of June, 2026.

Respectfully submitted,

s/ James C. Strong
JAMES C. STRONG, WSBA # 59151
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Email: james.strong@usdoj.gov

*Attorney for Defendant*

NOTICE OF APPEARANCE
[Case No. 3:26-cv-05554-DGE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970