The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW FREE,

                                    Plaintiff,

        v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                                    Defendant.

Case No. 3:26-cv-05554-DGE

STIPULATED MOTION AND
[PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND
TO COMPLAINT

Noted for Consideration:
June 23, 2026

        The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendant's Answer to Plaintiff's Complaint until August 10, 2026.

        Plaintiff filed the Complaint on May 28, 2026, and served Defendant on June 10, 2026. *See* Dkts. 1, 5. Pursuant to 5 U.S.C. § 552(a)(4)(C), Defendant's response to the complaint is currently due on July 10, 2026. The Parties have agreed to extend the deadline until August 10, 2026.

        **SO STIPULATED.**

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 3:26-cv-05554-DGE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970

DATED this 23rd day of June, 2026.

Respectfully submitted,

*s/ James C. Strong*
JAMES C. STRONG, WSBA # 59151
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Email:  james.strong@usdoj.gov

*Attorney for Defendant*

*I certify that this memorandum contains 80 words, in compliance with the Local Civil Rules*

*s/ Daniel Melo*
DANIEL MELO, NCSB # 48654

*s/ Emily Burns*
EMILY BURNS, MSBA# 011497
The Melo Law Firm
2920 Forestville Road Pmb 1192 Ste 100
Raleigh, NC 27616
Phone: 919-348-9213
Email: dan@themelolawfirm.com
          emily@themelolawfirm.com

*s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA #33995
OPEN SKY LAW PLLC
20415 72nd Ave S Ste 400
Kent, WA 98032
Phone: 206-962-5052
Email: devin@opensky.law

*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 3:26-cv-05554-DGE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970

**[PROPOSED] ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file an Answer or otherwise respond to the Complaint by August 10, 2026.

DATED this _____ day of _____ 2026.

_____
DAVID G. ESTUDILLO
United States Chief District Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 3:26-cv-05554-DGE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970