The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW FREE,

                                    Plaintiff,

        v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                                    Defendant.

Case No. 3:26-cv-05554-DGE

STIPULATED MOTION AND
[PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND
TO COMPLAINT

Noted for Consideration:
August 6, 2026

The Parties, through undersigned counsel, file this stipulation asking the Court to extend the deadline for the filing of Defendant's Answer to Plaintiff's Complaint from August 10, 2026, until October 9, 2026. Dkt. 10. The parties are currently working towards a possible resolution to this litigation, or at the least, seeking to narrow the issues to be resolved. By September 8, the parties agree ICE will review and produce the OPR Detainee Death Review and Healthcare and Security Compliance Analysis records responsive to Plaintiff's third request, dated March 12, 2025. The parties further agree that following production, they will meet and confer in an effort to further narrow the scope of responsive records and issues in this case. Therefore, good cause exists to extend the deadline for Defendant to answer to work through a possible resolution and to conserve both the Court's and the parties' resources.

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 3:26-cv-05554-DGE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970

**SO STIPULATED.**

DATED this 6th day of August, 2026.

Respectfully submitted,

*s/ James C. Strong*
JAMES C. STRONG, WSBA # 59151
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Email:  james.strong@usdoj.gov

*Attorney for Defendant*

*I certify that this memorandum contains 146 words, in compliance with the Local Civil Rules.*

*s/ Daniel Melo*
DANIEL MELO, NCSB # 48654

*s/ Emily Burns*
EMILY BURNS, MSBA# 011497
The Melo Law Firm
2920 Forestville Road Pmb 1192 Ste 100
Raleigh, NC 27616
Phone: 919-348-9213
Email: dan@themelolawfirm.com
        emily@themelolawfirm.com

*s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA #33995
OPEN SKY LAW PLLC
20415 72nd Ave S Ste 400
Kent, WA 98032
Phone: 206-962-5052
Email: devin@opensky.law

*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 3:26-cv-05554-DGE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970

# [PROPOSED] ORDER

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file an Answer or otherwise respond to the Complaint by October 9, 2026.


DATED this _____ day of _____ 2026.


_____

DAVID G. ESTUDILLO
United States Chief District Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 3:26-cv-05554-DGE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970