The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW FREE,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 3:26-cv-05554-DGE<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>October 7, 2026 |

The Parties, through undersigned counsel, file this stipulation asking the Court to extend the deadline for the filing of Defendant's Answer to Plaintiff's Complaint from October 9, 2026, until November 13, 2026. Dkt. 13.

The parties have resolved the merits of Plaintiff's FOIA complaint. On September 4, 2026, ICE reviewed and produced the OPR Detainee Death Review and Healthcare and Security Compliance Analysis records responsive to Plaintiff's third request. *See* Dkt. 12.

Following the September 4 production, ICE further agreed to produce two attachments to the aforementioned document to Plaintiff on or before October 9, 2026. ICE also agreed to place the OPR Detainee Death Review and Healthcare and Security Compliance Analysis on ICE's



UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970

FOIA library, which it has completed. Plaintiff agrees that ICE's actions above resolve the merits of his Complaint.

With the merits resolved, the parties request this extension of time to permit the parties to negotiate Plaintiff's request for fees, which the parties seek to do without judicial intervention. Therefore, good cause exists to extend the deadline for Defendant to answer to work through a possible resolution and to conserve both the Court's and the parties' resources.

**SO STIPULATED.**

DATED this 7th day of October, 2026.

Respectfully submitted,

*s/ James C. Strong*
JAMES C. STRONG, WSBA # 59151
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Email: james.strong@usdoj.gov

*Attorney for Defendant*

*I certify that this memorandum contains 190 words, in compliance with the Local Civil Rules.*

*s/ Daniel Melo*
DANIEL MELO, NCSB # 48654

*s/ Emily Burns*
EMILY BURNS, MSBA# 011497
The Melo Law Firm
2920 Forestville Road Pmb 1192 Ste 100
Raleigh, NC 27616
Phone: 919-348-9213
Email: dan@themelolawfirm.com
emily@themelolawfirm.com

*s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA #33995
OPEN SKY LAW PLLC
20415 72nd Ave S Ste 400
Kent, WA 98032
Phone: 206-962-5052
Email: devin@opensky.law

*Attorneys for Plaintiff*

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file an Answer or otherwise respond to the Complaint by November 13, 2026.

DATED this 8th day of October, 2026.

David G. Estudillo
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970