The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW FREE,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 3:26-cv-05554-DGE<br><br>JOINT STATUS REPORT |

The parties provide this Joint Status Report in response to the Court's Order dated July 2, 2026. Dkt. 11. This case is a case brought under the Freedom of Information Act (FOIA). As previously reported, the parties have resolved the merits of Plaintiff's FOIA complaint, and are currently negotiating Plaintiff's request for fees, which the parties seek to do without judicial intervention. Dkt. 14.

Given that neither party intends to seek discovery in this case and that the parties are negotiating a final resolution, the parties propose that the Court dispense with entry of a scheduling order and instead require the parties to provide a joint status report no later than November 20, 2026, on the parties' progress resolving the matter.



UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970

DATED this 27th day of October, 2026.

Respectfully submitted,

*s/ James C. Strong*
JAMES C. STRONG, WSBA # 59151
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Email: james.strong@usdoj.gov

*Attorney for Defendant*

*s/ Daniel Melo*
DANIEL MELO, NCSB # 48654

*s/ Emily Burns*
EMILY BURNS, MSBA# 011497
The Melo Law Firm
2920 Forestville Road Pmb 1192 Ste 100
Raleigh, NC 27616
Phone: 919-348-9213
Email: dan@themelolawfirm.com
emily@themelolawfirm.com

*s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA #33995
OPEN SKY LAW PLLC
20415 72nd Ave S Ste 400
Kent, WA 98032
Phone: 206-962-5052
Email: devin@opensky.law

*Attorneys for Plaintiff*