UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW FREE,<br><br>Plaintiff,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | CASE NO. 3:26-cv-05554-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court is in receipt of the parties' joint status report filed on October 27, 2026. (Dkt. No. 16.) Because the parties do not intend to seek discovery and are negotiating a final resolution, the Court will not enter a scheduling order and instead directs the parties to provide a joint status report **no later than November 20, 2026**, regarding the parties' progress in resolving the matter. The Clerk is directed to calendar this event.

Dated this 29th day of October, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.