The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW FREE,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Case No. 3:26-cv-05554-DGE<br><br>NOTICE OF SETTLEMENT |

The parties, by and through their counsel of record, hereby notify the court that a settlement has been reached in this matter. All pending dates may be stricken from the court's calendar. The parties request forty-five (45) days to file a stipulated order of dismissal to receive payments.

//

//

//

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WA 98101
(206) 553-7970

DATED this 20th day of November, 2026.

Respectfully submitted,

*s/ James C. Strong*
JAMES C. STRONG, WSBA # 59151
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Email: james.strong@usdoj.gov

*Attorney for Defendant*

*s/ Daniel Melo*
DANIEL MELO, NCSB # 48654

*s/ Emily Burns*
EMILY BURNS, MSBA# 011497
The Melo Law Firm
2920 Forestville Road Pmb 1192 Ste 100
Raleigh, NC 27616
Phone: 919-348-9213
Email: dan@themelolawfirm.com
emily@themelolawfirm.com

*s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA #33995
OPEN SKY LAW PLLC
20415 72nd Ave S Ste 400
Kent, WA 98032
Phone: 206-962-5052
Email: devin@opensky.law

*Attorneys for Plaintiff*