UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW FREE,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | CASE NO. 3:26-cv-05554-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court is in receipt of the Parties' Notice of Settlement filed on November 20, 2026. (Dkt. No. 18.). The Parties are to file a stipulated order of dismissal **no later than January 4. 2027**. The Clerk is directed to calendar the event.

Dated this 23rd day of November, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.